# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Devernie Harrison ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:11-cv-444
3:08-cr-207-1

USA ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 4, 2011 Order.

Signed: October 4, 2011

Frank G. Johns, Clerk
United States District Court